

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00490-CR

**IN RE** Joseph Aaron **HENRY**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice

Delivered and Filed:  August 12, 2015

PETITION FOR WRIT OF MANDAMUS DISMISSED FOR LACK OF JURISDICTION

On August 5, 2015, relator Joseph Aaron Henry filed a pro se petition for writ of mandamus in which he complains that the clerks and County Attorney for Kerr County have failed to respond to or facilitate his requests to set depositions and obtain a copy of the file and transcripts from a 1992 juvenile proceeding which was transferred to criminal district court for trial and disposition. This court does not have jurisdiction to grant the requested relief. By statute, this court has the authority to issue a writ of mandamus against "a judge of a district or county court in the court of appeals district" and other writs as necessary to enforce our appellate jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221(a)-(b) (West 2004). Relator does not have any properly filed motions which have been pending in a presently open proceeding for an unreasonable period of time awaiting

---

[1] This proceeding arises out of Cause Nos. J92-53A, styled *In the Matter of J.A.H., A Child*, County Court, Kerr County, Texas, and A92-385, styled *The State of Texas v. Joseph Aaron Henry*, 216th Judicial District Court, Kerr County, Texas.

disposition. *See Safety-Kleen Corp. v. Garcia*, 945 S.W.2d 268, 269 (Tex. App.—San Antonio 1997, orig. proceeding). Nor does he complain of any action taken by a judge in this court of appeals district. *See* TEX. R. APP. P. 52.3(d)(3). The writ is not necessary to enforce our appellate jurisdiction. Accordingly, relator's petition for writ of mandamus is dismissed for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH